IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01649-MSK-BNB

ROSE A. SANTISTEVEN,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality,
EL PASO COUNTY, a municipality,
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police,
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,
RICK MILLRIGHT, in his official and personal capacity,
PHIL GURNETT, in his official and personal capacity,
JACKSON ANDREWS, in his official and personal capacity,
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT
and the EL PASO COUNTY SHERIFF'S OFFICE, in their official and personal capacity,

Defendants.

_____

## **AMENDED ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to File Amended Complaint [etc.]** [Doc. # 46, filed 9/6/2011] (the "Motion to Amend").

IT IS ORDERED:

(1)  The Motion to Amend [Doc. # 46] is GRANTED;

(2)  The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 46-1]; and

(3)  The case caption is modified as indicated above.

Dated September 13, 2011.

              BY THE COURT:

               s/ Boyd N. Boland
              United States Magistrate Judge