IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01649-MSK-BNB

ROSE A. SANTISTEVEN,

Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality,
EL PASO COUNTY, a municipality,
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police,
TERRY MAKETA, in his official capacity as Sheriff of El Paso County,
RICK MILLRIGHT, in his official and personal capacity,
PHIL GURNETT, in his official and personal capacity,
JACKSON ANDREWS, in his official and personal capacity,
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT
and the EL PASO COUNTY SHERIFF'S OFFICE, in their official and personal capacity,

Defendants.
_____

**ORDER**
_____

This matter arises on the **City and County Defendants' Unopposed Motion to Stay Discovery** [Doc. # 42, filed 9/1/2011] (the "Motion to Stay").

I held a hearing on the Motion to Stay this morning and made rulings on the record, which are incorporated here.  See Rome v. Romero, 225 F.R.D. 640 (D. Colo. 2004).

IT IS ORDERED that the Motion to Stay is GRANTED IN PART and DENIED IN PART as stated on the record.

Dated September 29, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge