IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS, a municipality;
EL PASO COUNTY, a municipality;
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police;
TERRY MAKETA, in his official capacity as Sheriff of El Paso County;
RICK MILLWRIGHT, in his official and individual capacity;
PHIL GURNETT, in his official and individual capacity;
JACKSON ANDREWS, in his official and individual capacity; and
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT AND
THE EL PASO COUNTY SHERIFF'S OFFICE, in their official and personal capacities,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of a United States Magistrate Judge, and the case was reassigned to this Court. *See* docket #70. Accordingly,

    IT IS ORDERED that the Order of Reference issued by Judge Marcia S. Krieger [docket #6] is hereby **vacated**; and

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

    To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

IT IS FURTHER ORDERED that a Status Conference is hereby set in this matter for Tuesday, **October 18, at 9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.[1] If this date is not convenient, counsel should confer with opposing counsel and contact Chambers at (303) 844-4507 to inquire about alternate available dates. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

Parties shall come to the Status Conference prepared to discuss scheduling for the Final Pretrial Conference, the Trial Preparation Conference, and the Trial. Parties may appear at the Status Conference by telephone. If both parties choose to appear by telephone, they must first conference together before calling Chambers at (303) 844-4507 at the appointed time.

IT IS SO ORDERED.

Dated in Denver, Colorado, this 3rd day of October, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

[1] Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.