IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS, a municipality;
EL PASO COUNTY, a municipality;
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police;
TERRY MAKETA, in his official capacity as Sheriff of El Paso County;
RICK MILLWRIGHT, in his official and individual capacity;
PHIL GURNETT, in his official and individual capacity;
JACKSON ANDREWS, in his official and individual capacity; and
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT AND THE EL PASO COUNTY SHERIFF'S OFFICE, in their official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 20, 2011**.

    The Unopposed Motion to Modify Scheduling Order (Doc. No. 66) [filed December 19, 2011; docket #94] filed by El Paso County, Terry Maketa, and Phil Gurnett (self-described "County Defendants") is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The County Defendants represent that they conferred with Plaintiff's counsel, but they do not verify conferral with counsel for the remaining Defendants. Because the relief requested affects all parties to the action, the Court will require complete conferral before ruling on any motion to amend the Scheduling Order.