IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS, a municipality;
EL PASO COUNTY, a municipality;
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police;
TERRY MAKETA, in his official capacity as Sheriff of El Paso County;
RICK MILLWRIGHT, in his official and individual capacity;
PHIL GURNETT, in his official and individual capacity;
JACKSON ANDREWS, in his official and individual capacity; and
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT AND THE EL PASO COUNTY SHERIFF'S OFFICE, in their official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2011**.

    The Unopposed Amended Motion to Modify Scheduling Order (Doc. No. 66) [filed December 21, 2011; docket #98] filed by El Paso County, Terry Maketa, and Phil Gurnett (self-described "County Defendants") is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows: the parties shall submit expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) **on or before January 30, 2012**. All other deadlines remain the same.