IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

      Plaintiffs,

v.

CITY OF COLORADO SPRINGS, a municipality;
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police;
JIMMY RODGERS, in his official and individual capacity;
PHIL GURNETT, in his individual capacity;
JACKSON ANDREWS, in his official and individual capacity;
KEN MOORE, in his individual capacity;
BRIAN MATTISON, in his individual capacity;
OWEN MCCORMACK, in his individual capacity;
JEFFERY KRAMMER, in his individual capacity;
SCOTT ROBBLEE, in his individual capacity;
JOHN DAVID, in his individual capacity;
JASON HESS, in his individual capacity;
MICHAEL SHALLER, in his individual capacity;
KIMBLE GINGRICH, in his individual capacity; and
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT, in their official and personal capacities,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2012**.

The Unopposed Motion to Modify Scheduling Order (Doc. No. 66) or in the Alternative, Request for Status Conference [filed February 15, 2012; docket #110] filed by Defendants Phil Gurnett, Ken Moore, Brian Mattison, Owen McCormack, Jeffery Krammer, Marcus Miller, Scott Robblee, John David, Jason Hess, Michael Shaller, and Kimble Gingrich (self-described "County Defendants") is **granted** for good cause shown. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Discovery Cutoff: | April 28, 2012 |
| Dispositive Motion Deadline: | May 30, 2012 |

In addition, the Court will hold a Status Conference in this case on **March 5, 2012**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th

Street, Denver, Colorado.  The parties shall come prepared  to discuss the date of the Final Pretrial Conference and other possible modifications of the Scheduling Order. If counsel choose to do so, they may appear telephonically at the Status Conference by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.