IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

CITY OF COLORADO SPRINGS, a municipality;
RICHARD MYERS, in his official capacity as Colorado Springs Chief of Police;
JIMMY RODGERS, in his official and individual capacity;
PHIL GURNETT, in his individual capacity;
JACKSON ANDREWS, in his official and individual capacity;
KEN MOORE, in his individual capacity;
BRIAN MATTISON, in his individual capacity;
OWEN MCCORMACK, in his individual capacity;
JEFFERY KRAMMER, in his individual capacity;
SCOTT ROBBLEE, in his individual capacity;
JOHN DAVID, in his individual capacity;
JASON HESS, in his individual capacity;
KIMBLE GINGRICH, in his individual capacity; and
OTHER UNKNOWN AGENTS OF THE COLORADO SPRINGS POLICE DEPARTMENT, in their official and personal capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2012**.

    The Stipulation to Dismiss Defendant Michael Schaller [filed February 23, 2012; docket #112] is **granted** and Plaintiff's claims against Defendant Michael Shaller[1] are hereby **dismissed with prejudice**. The Clerk of the Court is directed to modify the caption accordingly.

    The parties are reminded of their obligation to comply with D.C. Colo. LCivR 10.1E and all other applicable local and federal court rules.

---

[1] The Stipulation to Dismiss reflects a slight discrepancy in the spelling of Defendant's name; however, the Court relies on spelling used in the Second Amended Complaint for dismissing the claims contained therein.