IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 11-cv-01649-MEH-BNB | Date:  December 18, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| ROSE A. SANTISTEVAN, | Joshua Tolini |
| | Jeffrey Barker |
| Plaintiff, | |
| | |
| vs. | |
| | |
| CITY OF COLORADO SPRINGS, | William Erik Lamphere |
| RICHARD MYERS, | |
| PHIL GURNETT, | Amy Folsom |
| JACKSON ANDREWS, | Diana May |
| JIMMY RODGERS, | |
| KEN MOORE, | |
| BRIAN MATTISON, | |
| OWEN MCCORMACK, | |
| JEFFERY KRAMMER, | |
| MARCUS MILLER, | |
| SCOTT ROBBLEE, | |
| JOHN DAVID, | |
| JASON HESS, and | |
| KIMBLE GINGRICH, | |
| | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTIONS HEARING**

**Court in session:**     2:01 p.m.

Court calls case.  Appearances of counsel.

Argument and discussion between the Court, Ms. Folsom, Mr. Lamphere, and Mr. Tolini regarding County Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c) (Doc. #127, filed 8/31/2012) and City Defendants' Motion for Summary Judgment (Doc. #126, filed 8/31/12).

Discussion regarding having some proceedings take place at the Court's facility in Colorado Springs and vacating the Final Pretrial Conference.

**ORDERED:**     1.     The Court takes the motions under advisement.

    2.  The Final Pretrial Conference set for January 3, 2012, is vacated and reset to take place on the same date of the Trial Preparation Conference, which is **February 21, 2013, at 9:30 a.m. The conferences will be held in the Court's facility in Colorado Springs, located at 212 N. Wahtsatch Avenue.**

**Court in recess:**  3:28 p.m.   (Hearing concluded)
**Total time in court:**   1:27