IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

OWEN MCCORMACK, in his individual capacity; and
JEFFERY KRAMMER, in his individual capacity;

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

    To convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.

    Counsel for the parties shall contact Magistrate Judge Boland's Chambers at their earliest convenience to discuss an available date.

    IT IS SO ORDERED.

    Dated in Denver, Colorado, this 22nd day of February, 2013.

                                                       BY THE COURT:

                                                       *Michael E. Hegarty*

                                                       Michael E. Hegarty
                                                       United States Magistrate Judge