IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVEN,

Plaintiff,

v.

OWEN MCCORMACK, in his personal capacity, and
JEFFERY KRAMMER, in his personal capacity,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    The Unopposed Motion to Vacate Settlement Conference [Doc. # 157] is GRANTED; and

    (2)    The settlement conference set for April 10, 2013, at 8:30 a.m., is VACATED.

DATED:  March 22, 2013