IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01649-MEH-BNB

ROSE A. SANTISTEVAN,

    Plaintiffs,

v.

OWEN MCCORMACK, in his individual capacity; and
JEFFERY KRAMMER, in his individual capacity;

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Pursuant to the Stipulation for Dismissal With Prejudice as to Defendants Owen McCormack and Jeffery Kramer [filed June 28, 2013; docket #166], Defendants Owen McCormack and Jeffery Kramer are hereby **dismissed with prejudice**. Because these are the last remaining Defendants in this action [*see* docket #150], the case is hereby **closed**. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated and Entered in Denver, Colorado, this 2nd day of July, 2013.

                                                    BY THE COURT:

                                                    */s/ Michael E. Hegarty*

                                                    Michael E. Hegarty
                                                    United States Magistrate Judge